**Electronically Filed
Supreme Court
SCAD-19-0000548
01-SEP-2020
02:17 PM**

SCAD-19-0000548

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

PATRICIA LYNN COOKSON,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 16-O-073)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Chan,
assigned by reason of vacancy)

Upon consideration of the August 27, 2020 affidavit submitted by Respondent Patricia L. Cookson, the September 1, 2020 statement filed by the Office of Disciplinary Counsel, informing this court it did not oppose Respondent Cookson's reinstatement, and the record in this matter, we conclude that Respondent Cookson has complied with the terms of this court's April 29, 2020 order, suspending her from the practice of law for 90 days, effective May 29, 2020, that she has paid all required fees, and that her suspension ended on August 27, 2020. Therefore,

IT IS HEREBY ORDERED that Respondent Cookson is reinstated to the practice of law in this jurisdiction, effective upon entry of this order, subject to her properly registering with the Hawaiʻi State Bar Association and paying any required fees, dues, or other charges.

DATED: Honolulu, Hawaiʻi, September 1, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Derrick H.M. Chan